# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0457. LUCKY BUCKS, LLC v. RUTA INC et al.

Lucky Bucks, LLC filed this timely discretionary application seeking to appeal a final order of the superior court affirming the decision of the Georgia Lottery Corporation. Lucky Bucks, however, has a right of direct appeal.

Under OCGA § 5-6-35 (a) (1), a discretionary application is required to appeal "decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation, the State Board of Education, auditors, state and local administrative agencies, and lower courts by certiorari or de novo proceedings[.]" But the statute creating the Georgia Lottery Corporation expressly provides that it is "not a state agency[.]" OCGA § 50-27-4. Accordingly, a superior court order reviewing a decision of the Georgia Lottery Corporation "does not fall within the ambit of OCGA § 5-6-35 (a) (1)," and an application for discretionary review is not required. *Amusement Leasing, Inc. v. Georgia Lottery Corp.*, 352 Ga. App. 243, 246 (1) (834 SE2d 330) (2019).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Lucky Bucks shall have ten days from the date of this order to file a notice of appeal in the trial court. If Lucky Bucks has already filed a timely notice of appeal in the trial court, it need not file a second notice.

The clerk of the trial court is  DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __08/03/2022__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*